UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/15

UNITED STATES OF AMERICA        :

    -v.-                            :  S1 11 Cr. 1083-01 (TPG)

JABAR GILLIAM,                  :  ORDER OF RESTITUTION
  a/k/a "Jabal Gilliam;"
  a/k/a "Jamal Gilliam;"        :
  a/k/a/ "JB,"
        Defendant.             :
-------------------------------------------------------------x

Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Kristy J. Greenberg, Assistant United States Attorney, of counsel; review of the presentence investigation report; the conviction of JABAR GILLIAM, a/k/a "Jabal Gilliam;" a/k/a "Jamal Gilliam;" a/k/a/ "JB," on Counts One and Two of the above-referenced Superseding Indictment; and all other proceedings in this matter; it is hereby ORDERED that:

**1. Amount of Restitution.** JABAR GILLIAM, a/k/a "Jabal Gilliam;" a/k/a "Jamal Gilliam;" a/k/a/ "JB," the defendant, shall pay restitution in the total amount of $2,100.00 to the victim of the offenses charged in Counts One and Two. The name, address, and specific amount owed to the victim is set forth in the Schedule attached hereto, which Schedule is filed under seal. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Schedule of Payments.** If the defendant is engaged in a Bureau of Prisons ("BOP") non-UNICOR program, the defendant shall pay $25 per quarter towards his criminal financial penalties. If the defendant participates in the BOP's UNICOR program as a grade 1 through 4,

the defendant shall pay 50% of his monthly UNICOR earnings towards his criminal financial penalties, consistent with 28 C.F.R. § 545.11. Restitution shall be paid in monthly installments of 20% of gross monthly income over a period of supervision to commence 30 days after release from custody. The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing address or residence address that occurs while any portion of the restitution remains unpaid.

3. **Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victim, the Schedule attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, law enforcement agencies, the Clerk's Office, and the Probation Office, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
January 23 2015

HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE