Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FEB 10 2015

Caption:
United States v.

Jabar Gilliam

Docket No.: 11 Cr 1083 (TPG)
Hon. Thomas P. Griesa
(District Court Judge)

Notice is hereby given that Jabar Gilliam appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐
(specify)
entered in this action on 1/28/15
(date)

This appeal concerns: Conviction only ☐  Sentence only ☐  Conviction & Sentence ✓  Other ☐

Defendant found guilty by plea ☐  trial ✓  N/A ☐

Offense occurred after November 1, 1987? Yes ✓  No ☐  N/A ☐

Date of sentence: 1/23/15    N/A ☐

Bail/Jail Disposition: Committed ✓  Not committed ☐  N/A ☐

Appellant is represented by counsel? Yes ✓  No ☐  If yes, provide the following information:

Defendant's Counsel: Dawn M. Cardi
Counsel's Address: Cardi & Edgar LLP
Two Park Avenue, 19th Floor, NY NY 10016
Counsel's Phone: (212) 481-7770

Assistant U.S. Attorney: Kristy Greenberg
AUSA's Address: One St. Andrews Plaza
NY NY 10006
AUSA's Phone: (212) 637-2400

*[Signature]*
Signature